UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREEN ENCHILADA, INC.<br><br>Plaintiff(s)<br>v.<br><br>AmGUARD Insurance Company, et al.<br><br>Defendant(s) | CASE No C 4:25-CV-03701-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   The parties will exchange names of mediators for approval. Once a mediator is approved, the parties will work with the mediator and schedule a mediation.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: 07/28/2025

/s/ David P. Kashani
Attorney for Plaintiff

Date:

/s/ Heather M. McKeon
Attorney for Defendant

☒ X    IT IS SO ORDERED.
☐    IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   7/30/2025

*Haywood S. Gill, Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*